AO 455(Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
JAN 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: JMV  DEPUTY

UNITED STATES OF AMERICA

**WAIVER OF INDICTMENT**

v.

~~MARCO ANTONIO MARTINEZ-RODRIGUEZ~~
T/N: Jorge Armando Ramirez-Covarrubias

CASE NUMBER: 08CR185-JAH

I, Jorge Armando Ramirez-Covarrubias ~~MARCO ANTONIO MARTINEZ-RODRIGUEZ~~, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 01/24/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

T/N: Jorge Armando Ramirez Covarrubias
Marco Antonio Martinez Rodriguez
**Defendant**

_____
**Counsel for Defendant**

Before _____
**JUDICIAL OFFICER**